BRYAN SCHRODER
United States Attorney

12T12TJENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:20-cr-00101-SLG-DMS |
| Plaintiff, | ) | COUNT 1: |
| | ) | ASSAULT WITHIN SPECIAL |
| vs. | ) | MARITIME AND TERRITORIAL |
| | ) | JURISDICTION |
| LESUNI TOVALE, | ) | Vio. of 18 U.S.C. §§ 7(1) and |
| | ) | 113(a)(4) |
| Defendant. | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

GENERAL ALLEGATIONS

At all times material to this Information:

1. The defendant, Lesuni Tovale, was a processor aboard the fishing vessel (F/V) SEAFISHER.

2. The vessel was within the maritime and territorial jurisdiction, to wit: the F/V SEAFISHER is a United States flagged, 230-foot catcher/processor vessel which is homeported in Seattle, Washington. At the time of the assault, the F/V SEAFISHER was underway and located in the Bering Sea approximately 15 nautical miles northeast of Atka Island, Alaska.

3. The victim O.M.-R. was a processor aboard the F/V SEAFISHER.

4. On or about October 31, 2020, the defendant initiated a verbal argument by complaining that the victim was moving pans of fish too loudly.

5. On or about October 31, 2020, the defendant punched the victim once in the face, temporarily rendering the victim unconscious.

6. Multiple witnesses observed the punch and rendered aid to the victim, who suffered a concussion and a large, bleeding cut on his lip.

## COUNT 1:

7. Paragraphs 1-6 are re-alleged here.

8. On or about October 31, 2020, in the District of Alaska, the defendant Lesuni Tovale, at a place within the special maritime and territorial jurisdiction of the United States, aboard the F/V SEAFISHER, did assault the victim O.M.-R. by striking, beating, and wounding.

All of which is in violation of Title 18, United States Code, Sections 7(1) and 113(a)(4).

RESPECTFULLY submitted this 5th day of November, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney


s/Jennifer Ivers
12TJENNIFER IVERS
United States of America
Assistant U.S. Attorney